Pro Se

Jury Trial Demanded

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
__Civil__ DIVISION

RECEIVED

AUG - 9 2022

RICHARD W. NAGEL
Clerk Of Court
CINCINNATI, OHIO

Tsibouris, Denise Y
_____
(Enter Above the Name of the Plaintiff in this Action)

1:22CV458.

JUDGE MCFARLAND

MAGISTRATE JUDGE LITKOVITZ

vs.

Colerain Township
_____
(Enter above the name of the Defendant in this Action)

If there are additional Defendants, please list them:

Colerain Township, Denney, Mark C., Chief of Police
_____
Colerain Township, Wahlert, Matt, President, Board of Trustees
_____
Colerain Township, Unger, Dan, Vice President, Board of Trustees
_____
Colerain Township, Ulrich, Cathy, Board of Trustees
_____
Colerain Township, Baker, Jeff, Board of Trustees, Fiscal Officer

COMPLAINT

I. Parties to the action:

Plaintiff: Place your name and address on the lines below. The address you give must be the address where the court may contact you and mail documents to you. A telephone number is required.

Tsibouris, Denise Y
_____
Name - Full Name Please - PRINT

1023 Liberty Street
_____
Street Address

Apt # 2
_____
City, State and Zip Code

Newport, Kentucky 41071
_____
Telephone Number
513-254-4647

If there are additional Plaintiffs in this suit, a separate piece of paper should be attached immediately behind this page with their full names, addresses and telephone numbers. If there are no other Plaintiffs, continue with this form.

Defendant(s):

Place the name and address of each Defendant you listed in the caption on the first page of this Complaint. This form is invalid unless each Defendant appears with full address for proper service.

1. **Colerain Township**
Name - Full Name Please
**4200 Springdale Road, Colerain Township, OH 45251 513-385-7500**
Address: Street, City, State and Zip Code

2. **Colerain Township, Denney, Mark C, Chief of Police**
**4200 Springdale Road, Colerain Township, OH 45251 513-385-7500**

3. **Colerain Township, Wahlert, Matt, President, Board of Trustees**
**4200 Springdale Road, Colerain Township, OH 45251 513-385-7500**

4. **Colerain Township, Unger, Dan, Vice-President, Board of Trustees**
**4200 Springdale Road, Colerain Township, OH 45251 513-385-7500**

5. **Colerain Township, Ulrich, Cathy, Trustee, Board of Trustees**
**4200 Springdale Road, Colerain Township, OH 45251 513-385-7500**

6. **Colerain Township, Baker, Jeff, Fiscal Officer, Board of Trustees**
**4200 Springdale Road, Colerain Township, OH 45251 513-385-7200**

If there are additional Defendants, please list their names and addresses on a separate sheet of paper.

II. Subject Matter Jurisdiction

Check the box or boxes that describes your lawsuit:

☐ Title 28 U.S.C. § 1343(3)
  [A civil rights lawsuit alleging that Defendant(s) acting under color of State law, deprived you of a right secured by federal law or the Constitution.]

☐ Title 28 U.S.C. § 1331
  [A lawsuit "arising under the Constitution, laws, or treaties of the United States."]

☐ Title 28 U.S.C. § 1332(a)(1)
  [A lawsuit between citizens of different states where the matter in controversy exceeds $75,000.]

☒ Title **42** United States Code, Section **1983**
  [Other federal status giving the court subject matter jurisdiction.]

Pg 2 (Additional Defendants)

IN THE UNITED STATES DISTRICT CIVIL COURT FOR THE SOUTHERN DISTRICT OF OHIO

Tsibouris, Denise Y

Plaintiff

v.

Defendant(s)

Place the name and address of each Defendant you listed in the caption on the first page of this Complaint. This form is invalid unless each Defendant appears with full address for proper service.

7.  Fales, Deborah, Police Officer, Colerain Township

4200 Springdale Road, Colerain Township, OH  45251     513-385-7500

8.  Kemper, Andrew, Police Officer, Colerain Township

4200 Springdale Road, Colerain Township, OH  45251     513-385-7500

9.  Stenger, Kristen, Police Officer, Colerain Township

4200 Springdale Road, Colerain Township, OH  45251     513-385-7500

10. Frandoni, Kyle, Police Officer, Colerain Township

4200 Springdale Road, Colerain Township, OH  45251     513-385-7500

11. Nash, Rob, Police Officer, Springfield Township

1130 Compton Road, Cincinnati, OH  45231     513-729-1300

12. Hayes, Rachel, Police Officer, Mariemont

6907 Wooster Pike, Mariemont, OH 45227     513-271-3246

III. Statement of Claim

Please write as briefly as possible the facts of your case. Describe how each Defendant is involved. Include the name of all persons involved, give dates and places.

Number each claim separately. Use as much space as you need. You are not limited to the papers we give you. Attach extra sheets that deal with your statement claim immediately behind this piece of paper.

August 22, 2019

1. Excessive Force: Defendants was issuing an arrest warrant.,``

I was at Dunkin Donuts/Shell gas station. I was getting donuts for breakfast. I stopped at the restroom before I started shopping. When I opened the door, police were standing at the door. They told me that I was under arrest. I asked them what for? They told me to put my hands behind my back and I complied and then they started dragging me to the back of the store and all of once, I was assaulted by several police officers and kicked and punched and thrown to the floor and and attacked by several officers, including hitting my head on the floor and being kneeled upon on my back. My arm was broken and I suffered a concussion and sprained leg, and emotional distress. fear for my life, panic attacks, heart pain.

2. Malicious Prosecution: Defendants arrested me on false charges and ALL the charges were dropped and/or I was found not guilty. In the meantime, I was under arrest until the trail because I could not make the exorbitant bail.

3. Felonious Stalking: The defendants have been stalking me for a long time. Literally, EVERYTIME that I went out my door, there were cops and fire/ems outside my door and would follow me wherever I went and would try to use the stalking as a means of intimidation, threatening, harassment, racial profiling, intentional infliction of emotional distress, false arrest, malicious prosecution.

4. Racial Profiling: The Colerain police officers would follow me and stop me and ask me questions (name, address, telephone, where was I coming from & where was I going? They would stop me just to demand my driver's license. This happened Several Times, the Colerain police would pull beside me and stop me, question me, search me, run my license, even though I have lived in the neighborhood, for over fifty (50) years, since I was a child.

IV. Previous lawsuits:

If you have been a Plaintiff in a lawsuit, for each lawsuit state the case number and caption. (Example, Case Number: 2:08-cv-728 and Caption: John Smith vs. Jane Doe).

| Case Number | Caption |
|---|---|
| _____ | _____ vs. _____ |
| _____ | _____ vs. _____ |
| _____ | _____ vs. _____ |

V. Relief

In this section please state (write) briefly exactly what you want the court to do for you. Make no legal argument, cite no case or statutes.

WHEREFORE, Plaintiff prays for judgement against Defendants in the in the sum of $500,000,000.

Compensatory damages (medical bills), lost wages, Extreme financial hardships (work, education, housing, transportation, medical bills, physical therapy, plus much more.

Pain and suffering from injuries, assault, stalking, malicious prosecution intentional infliction of emotional duress, from the defendants' intentionally and reckless actions that caused emotion injury

Through the officer's extreme and outrageous conduct that went beyond all bounds of decency, which is a pattern of conduct for Colerain Township Police Department and other officers/staff of Colerain Township, Ohio. The officers were in a position of power, (including the Chief of Police and supervising officers and board of trustees, and police officers).

This pattern from Colerain Township goes back over fifty (50) years!

I state under penalty of perjury that the foregoing is true and correct. Executed on this __8th__ day of __August__, 20__22__.

_____
Signature of Plaintiff