# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

DENISE Y. TSIBOURIS,

    *Plaintiff(s),*

    v.

COLERAIN TOWNSHIP, *et al.*,

    *Defendant(s).*

Case No. 1:22-cv-458

Judge Jeffery P. Hopkins

## JUDGMENT IN A CIVIL CASE

☐ **Jury Verdict.**     This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**     This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**     This action was decided by the Court without a trial or hearing.

**IT IS ORDERED AND ADJUDGED** that pursuant to the September 30, 2023 Order, the Magistrate Judge's August 20, 2022 Report and Recommendation (Doc. 4) and October 31, 2022 Report and Recommendation (Doc. 10) are **ADOPTED** in their entirety, and Plaintiff's Complaint (Doc. 3) is **DISMISSED** with prejudice. The Court certifies that an appeal of this Order would not be taken in good faith and therefore **DENIES** Plaintiff's motion for leave to appeal *in forma pauperis* (Doc. 9).

Dated:  September 30, 2023

Richard W. Nagel, Clerk of Court
By: /s Karli Colyer
Deputy Clerk